[No. 1064-3.   Division Three.   November 12, 1974.]

ROBERT G. HUTCHINSON *et al., Appellants,* v. NEIL V. FOLLETT *et al., Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62332, John C. Tuttle, J., entered January 7, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 825-3.   Division Three.   November 12, 1974.]

DURWARD DeCHENNE *et al., Respondents,* v. TERRY R. RUDD *et al., Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 11797, Patrick McCabe, J., entered February 6, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1066-3.   Division Three.   November 15, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL ALVAREZ MERENDON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62808, Albert N. Bradford, J., entered December 26, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 891-3.   Division Three.   November 18, 1974.]

DINO TOMBARI *et al., Appellants,* v. PACIFIC INDEMNITY INSURANCE COMPANY *et al., Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 207147, George T. Shields, J., entered May 10, 1973. *Remanded* by unpublished opinion per Green, C.J., concurred in by Munson, and McInturff, JJ.